Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Doug Griffith (State Bar No. 185333)
Email: dgriffith@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
AMERICAN AIRLINES, INC.;
SKY CHEFS, INC.; LSG SKY
CHEFS and LSG GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. DIENER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; GATE GOURMET, INC.; GATE GROUP; SKY CHEFS, INC.; LSG SKY CHEFS; LSG GROUP; and DOES 1 to 20,<br><br>　　　　Defendants. | Case No.: 2:21-cv-5041<br><br>**DEFENDANTS' CORPORATE DISCLOSURES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant American Airlines, Inc. states that its parent corporation is American Airlines Group Inc. a publically held corporation that owns 10% or more of its stock. Defendant Sky Chefs, Inc. *dba* LSG Sky Chefs states that its parent corporations are LSG Sky Chefs USA, Inc. and LSG Lufthansa Service Holding AG, publically held corporations that own 10% or more of its stock.  Defendant LSG Group states that its parent corporation is LSG Lufthansa Service Holding AG, a publically held corporation that owns 10% or more of its stock.

/ /

/ /



Dated: June 21, 2021                     Respectfully submitted

                                         By: /s/ Doug Griffith
                                             Richard A. Lazenby
                                             DOUG GRIFFITH
                                             VICTOR RANE
                                             Attorneys for Defendants
                                             AMERICAN AIRLINES, INC.
                                             SKY CHEFS, INC.
                                             LSG SKY CHEFS
                                             LSG GROUP

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849