UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TODD S. DIENER,  Civil Action No.: 21-cv-04006 (EK)(RML)

            Plaintiff,  **STIPULATION OF DISCONTINUANCE**

    -against-

AMERICAN AIRLINES, et al.,

            Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel of record for the Plaintiff and Defendants that whereas no party hereto is an infant, incompetent person for whom a guardian has been appointed, or conservator, and no person not a party to this action has an interest in the subject matter of the action, that the above-entitled action is hereby discontinued with prejudice as against all Defendants without costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts with fax or electronic signatures which shall be deemed originals for purposes of this Stipulation, and that this Stipulation can be filed with the Clerk of the Court without further notice.

Dated: New York, NY
        August 2, 2023

| | |
|---|---|
| CARPENTER, ZUCKERMAN & ROWLEY | ELSASSER LAW GROUP, PC |
| By: *John Carpenter, Esq.* | By: s/Deborah A. Elsasser |
| John Carpenter (Admitted *pro hac vice*) | Deborah A. Elsasser |
| 8827 W. Olympic Blvd. | 1556 Third Avenue, Suite 201B |
| Beverly Hills, CA 90211 | New York, NY 10128 |
| (310) 273-1230 | (347) 815-7626 |
| mgeragos@czrlaw.com | delsasser@elglawnyc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Sky Chefs, Inc. d/b/a LSG Sky Chefs and American Airlines* |